| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Luis E. Castillo<br>5621 Pacific Blvd.<br>Huntington Park, CA 90255<br><br>☐ Attorney for<br>☑ Pro Se Debtor | **FILED**<br>JAN 29 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-10905AA |
|---|---|
| In re:<br><br><br><br><br>Debtor(s). | **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>(No Hearing Required) |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
   
   **OR**
   
   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☑ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
   
   **OR**
   
   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: _____
   Movant: _____
   Personal or Real Property: _____
   _____

   Status:   ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            F 3015-1.18

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 2* | F 3015-1.18 |
|---|---|
| In re: | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 2:10-bk-10905AA |

4. ☑ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

5. Debtor seeks dismissal of this case for the following reasons:
   I have found a suitable solution to my financial problems.
   _____
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

Dated:_____     _____
                                  Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:_____     *[signature: Luis Ernesto Castillo]*
                                  Debtor

Dated:_____     _____
                                  Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                      F 3015-1.18